UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-81746-MARRA

ERIC ROGERS,

    Plaintiff,

vs.

TAVERNA KYMA, INC. and
TAVERNA OPA OF SOUTH BEACH, INC.

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 21]. The Court has carefully considered the joint stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendants TAVERNA KYMA, INC. and TAVERNA OPA OF SOUTH BEACH, INC. are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4.  Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5.  All pending motions are hereby denied as moot.

6.  This case is CLOSED.

DONE AND SIGNED in Chambers, at West Palm Beach, Palm Beach County, Florida this 13th day of ~~June~~ JULY, 2017.

                                                KENNETH A. MARRA
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record